■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH KASTNER, Appellant. [17 NYS3d 288]—Judgment, Supreme Court, New York County (Jill Konviser, J., at speedy trial motion; Daniel P. FitzGerald, J., at jury trial and sentencing), convicting defendant of two counts of scheme to defraud in the first degree, and sentencing him to concurrent terms of one year, unanimously affirmed.

The court properly denied defendant's speedy trial motion.

The period from November 16 to December 6, 2010 was correctly excluded as a reasonable time to prepare after the court's decision on defendant's motions (*see* CPL 30.30 [4] [a]; *People v Davis*, 80 AD3d 494 [1st Dept 2011]). The period from January 18 to February 1, 2011 was also correctly excluded since defense counsel actively participated in setting the adjourned date and sought a longer adjournment for his own convenience (*see* CPL 30.30 [4] [b]; *People v Matthews*, 227 AD2d 313 [1st Dept 1996], *lv denied* 88 NY2d 989 [1996]). Concur—Gonzalez, P.J., Mazzarelli, Sweeny, Richter and Manzanet-Daniels, JJ.